VERNA E. BALL, Respondent, v. FRANK ENGLERT and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CREDIT ACCEPTANCE CORPORATION, Respondent, v. JOHN H. ROE and Another, Appellants.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THEODORE KRUG, Respondent, v. LEBRUN CONSTRUCTION CORPORATION and Another, Defendants, and COLUMBIA CASUALTY COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GERTRUDE ELIZABETH KECK, an Infant, etc., Respondent, v. ANNA F. KECK and Others, Respondents, and FANNY H. ELSOHN, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

SAM MICALE, as Administrator, etc., of JOSEPHINE MICALE, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

SUOR & SUOR BUILDING COMPANY, Respondent, v. HERMAN JAFFE, Appellant, Impleaded with Another, Defendant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

DAISY S. SCHEU, Appellant, v. THE STATE OF NEW YORK, Respondent.—Appeal dismissed unless appellant shall file and serve the printed briefs by May eleventh. Present — Sears, P. J. Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES BARONE, Respondent, v. JOHN STECKI and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH J. BIONDO-LILLO, Appellant.—Appeal dismissed upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARGARET E. FIDLER, Appellant, v. ARTHUR DAILOR, Appellant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARIE SCHARDT, Individually and as Executrix, etc., of JOHN H. SCHARDT, Deceased, Plaintiff, v. ERNEST W. BERNER and Others, Defendants.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.